KING & SPALDING LLP
James J. Capra, Jr.
James P. Cusick
David M. Fine
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MF GLOBAL HOLDINGS LTD., AS PLAN ADMINISTRATOR,<br><br>       Plaintiff,<br><br>   -against-<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>       Defendant. | Case No. 14-cv-2197 (VM)<br><br><br>**ORAL ARGUMENT REQUESTED** |

### PRICEWATERHOUSECOOPERS LLP'S NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of PricewaterhouseCoopers LLP's ("PwC") Motion to Dismiss, the Declaration of David M.

Fine dated May 23, 2014, and the exhibits thereto, and the Request for Judicial Notice in Support

of its Motion to Dismiss, Defendant PwC, by and through its attorneys, will move this Court

before the Honorable Victor Marrero, United States District Judge for the Southern District of

New York, 500 Pearl Street, New York, New York, 10007, on such date as the Court will

determine, for an order, pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil

Procedure, dismissing with prejudice all claims against PwC in the Complaint [ECF No. 2] in the

above-captioned action, and granting such other and further relief as the Court deems just and

proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the stipulation of the parties and

the April 15, 2014 order of this Court, opposing papers, if any, are due on July 18, 2014.  Reply

papers, if any, are due on August 8, 2014.


Dated: New York, New York
       May 23, 2014

Respectfully submitted,

KING & SPALDING LLP


By:/s/ James J. Capra, Jr.
    James J. Capra, Jr.
    James P. Cusick
    David M. Fine
    1185 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 556-2100
    Facsimile: (212) 556-2222

    *Attorneys for Defendant*
    *PricewaterhouseCoopers LLP*