KING & SPALDING LLP
James P. Cusick
James J. Capra, Jr.
J. Emmett Murphy
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for Defendant
PricewaterhouseCoopers LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MF GLOBAL HOLDINGS LTD., AS PLAN ADMINISTRATOR,<br><br>                              Plaintiff,<br><br>            -against-<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>                              Defendant. | Case No. 14-cv-2197 (VM)<br><br>**ORAL ARGUMENT REQUESTED** |

**PRICEWATERHOUSECOOPERS LLP'S
<u>NOTICE OF MOTION FOR SUMMARY JUDGMENT</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of PricewaterhouseCoopers LLP's ("PwC") Motion for Summary Judgment, PwC's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, and the Declaration of J. Emmett Murphy dated January 29, 2016, and the exhibits thereto, defendant PwC, by and through its attorneys, will move this Court before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on such date as the Court will determine, for an order granting PwC summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the only remaining claim (Count One) of the

Complaint [ECF No. 2], and for such other relief that the Court deems just and proper.  Pursuant to the January 20, 2016 telephone conference with the Court, opposing papers are due on March 11, 2016, and reply papers are due on April 1, 2016.

Dated:   January 29, 2016
        New York, New York

Respectfully submitted,

KING & SPALDING LLP

By: /s/ James P. Cusick
James P. Cusick
James J. Capra, Jr.
J. Emmett Murphy
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*