UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MF GLOBAL HOLDINGS LTD., AS PLAN ADMINISTRATOR,<br><br>       Plaintiff,<br><br>- against -<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>       Defendant. | Case No. 14-cv-2197 (VM)(JCF) |

## CERTIFICATE OF SERVICE

  I hereby certify that on March 11, 2016, I caused to be served by hand an unredacted copy of **MF GLOBAL'S MEMORANDUM OF LAW IN OPPOSITION TO PRICEWATERHOUSECOOPERS LLP'S MOTION FOR SUMMARY JUDGMENT; MF GLOBAL'S OBJECTIONS & RESPONSES TO PRICEWATERHOUSECOOPERS LLP'S RULE 56.1 STATEMENT AND COUNTERSTATEMENT OF FACTS; DECLARATION OF FRANK S. DICARLO IN OPPOSITION TO PRICEWATERHOUSECOOPERS LLP'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO; DECLARATION OF DAVID K.A. MORDECAI, PH.D. IN OPPOSITION TO PRICEWATERHOUSECOOPERS'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO; DECLARATION OF LYNN E. TURNER IN OPPOSITION TO PRICEWATERHOUSECOOPERS'S MOTION FOR SUMMARY JUDGMENT AND EXHIBIT THERETO; DECLARATION OF PAUL K. MICHAUD IN OPPOSITION TO PRICEWATERHOUSECOOPERS'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO; DECLARATION OF GUY A. DAVIS IN OPPOSITION TO PRICEWATERHOUSECOOPERS'S MOTION FOR SUMMARY JUDGMENT AND EXHIBIT THERETO; AND DECLARATION OF CHRISTINE E. PALLONE IN OPPOSITION TO PRICEWATERHOUSECOOPERS'S MOTION FOR SUMMARY JUDGMENT**, all of which have been filed under seal pursuant to the protective order, to the party listed below.

J. Emmett Murphy
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100

*Counsel for Defendant PricewaterhouseCoopers LLP*

Dated: March 11, 2016

                              _____
                              Frank S. DiCarlo