UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MF GLOBAL HOLDINGS LTD., AS PLAN ADMINISTRATOR,<br><br>                                Plaintiff,<br><br>- against –<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>                                Defendant. | Case No. 14-cv-2197 (VM)(JCF)<br><br>NOTICE OF APPEARANCE |

To: Clerk of Court and All Parties of Record

    PLEASE TAKE NOTICE that the undersigned counsel, who is admitted to practice before this Court, hereby appears for plaintiff MF Global Holdings Ltd, as Plan Administrator, in the above-captioned action and requests that all further papers and correspondence be served upon him.

Dated: New York, New York
        January 18, 2017

                                  KASOWITZ, BENSON, TORRES
                                  & FRIEDMAN LLP

                                By:   /s/ David J. Mark
                                       David J. Mark
                                       (dmark@kasowitz.com)
                                       1633 Broadway
                                       New York, New York 10019
                                       Tel.: (212) 506-1700
                                       Fax: (212) 506-1800

                              *Attorneys for Plaintiff MF Global Holdings Ltd,*
                              *as Plan Administrator*