KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

*Attorneys For Plaintiff MF Global Holdings Ltd., As Plan Administrator*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MF GLOBAL HOLDINGS LTD., AS PLAN ADMINISTRATOR,<br>Plaintiff,<br>- against –<br>PRICEWATERHOUSECOOPERS LLP,<br>Defendant. | Case No. 14-cv-2197 (VM)(JCF)<br><br>**NOTICE OF MOTIONS** |

**PLEASE TAKE NOTICE** that upon the omnibus declaration of Ryan P. Montefusco, dated January 20, 2017, the declarations of Guy A. Davis, dated January 18, 2017, and Dr. Jordan Milev, dated January 20, 2017, and the exhibits attached thereto, and upon the accompanying memoranda of law, Plaintiff MF Global Holdings Ltd., as Plan Administrator, by its attorneys Kasowitz, Benson, Torres & Friedman LLP, will move this Court before the Honorable Victor Marrero, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 1007, on February 3, 2017, as follows:

1) Plaintiff's First Motion *in Limine* to Exclude Evidence and Argument Concerning Segregated Customer Funds;

2) Plaintiff's Second Motion *in Limine* to Exclude Evidence and Argument Concerning Other Actions Relating to MF Global;

3) Plaintiff's Third Motion *in Limine* to Exclude the Trustee Reports;

4) Plaintiff's Fourth Motion *in Limine* to Preclude Defendant from Inquiring About Certain Communications with the General Counsel;

5) Plaintiff's Fifth Motion *in Limine* to Exclude Certain Exhibits and to Limit References to Current or Former Claim Holders;

6) Plaintiff's Sixth Motion *in Limine* to Preclude Defendant from Calling Richard Katz Live at Trial;

7) Plaintiff's Seventh Motion *in Limine* to Exclude Evidence and Argument Concerning the Statute of Limitations;

8) Plaintiff's Eighth Motion *in Limine* to Preclude Defendant from Offering Cumulative Expert Testimony By Sandra Johnigan and Timothy S. Lucas;

9) Plaintiff's Ninth Motion *in Limine* to Preclude Certain Expert Testimony; and

10) Plaintiff's Tenth Motion *in Limine* to Preclude Testimony From Christopher L. Culp, Ph.D. Pertaining to His Supplemental Report.

Dated: January 20, 2017
         New York, New York

                                Respectfully submitted,

                                KASOWITZ, BENSON, TORRES
                                    & FRIEDMAN LLP

                                By: /s/    Daniel J. Fetterman
                                Daniel J. Fetterman (dfetterman@kasowitz.com)
                                Michael C. Harwood (mharwood@kasowitz.com)
                                Trevor J. Welch (twelch@kasowitz.com)
                                David J. Mark (dmark@kasowitz.com)
                                Olga Lucia Fuentes Skinner (ofuentes@kasowitz.com)
                                Christian T. Becker (cbecker@kasowitz.com)

                                1633 Broadway
                                New York, New York 10019
                                Tel:       (212) 506-1700
                                Fax:       (212) 506-1800

                                      *Attorneys for Plaintiff MF Global Holdings Ltd., As*
                                      *Plan Administrator*

**TO:**

James P. Cusick (jcusick@kslaw.com)
James J. Capra (jcapra@kslaw.com)
David M. Fine (dfine@kslaw.com)
Meredith Moss (mmoss@kslaw.com)
J. Emmett Murphy (jemurphy@kslaw.com)

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Tel:    (212) 556-2100
Fax:    (212) 556-2222

*Attorneys for Defendant PricewaterhouseCoopers LLP*

3