UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MF GLOBAL HOLDINGS LTD., AS PLAN ADMINISTRATOR,<br><br>                              Plaintiff,<br><br>-against-<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>                              Defendant. | Case No. 14-cv-2197 (VM) |

### PRICEWATERHOUSECOOPERS LLP'S NOTICE OF MOTION *IN LIMINE* # 1 TO PRECLUDE ANY SUGGESTION THAT PLAINTIFF IS OPERATING ON BEHALF OF THIRD PARTIES OR THE BANKRUPTCY COURT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant PricewaterhouseCoopers LLP ("PwC"), by and through its attorneys, will move this Court *in limine* before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an Order, pursuant to Federal Rules of Evidence 402 and 403, barring Plaintiff, MF Global Holdings Ltd., as Plan Administrator, from presenting to the jury any evidence or argument suggesting that (1) Plaintiff represents, asserts the claims of, or is seeking to recover for any person or entity other than MF Global itself, or that third parties would benefit from any recovery by the Plan Administrator in this case; or (2) Plaintiff was "appointed by," or is operating with the blessing or approval of, the bankruptcy court.

Dated: January 20, 2017
       New York, New York

                                        KING & SPALDING LLP

                                        By: /s/ James P. Cusick
                                        James P. Cusick
                                        James J. Capra, Jr.
                                        David M. Fine
                                        Meredith Moss
                                        J. Emmett Murphy
                                        1185 Avenue of the Americas
                                        New York, New York 10036
                                        Tel: (212) 556-2100
                                        *Attorneys for Defendant*
                                        *PricewaterhouseCoopers LLP*