UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MF GLOBAL HOLDINGS LTD., AS PLAN ADMINISTRATOR,<br><br>         Plaintiff,<br><br>  -against-<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>         Defendant. | Case No. 14-cv-2197 (VM) |

**PRICEWATERHOUSECOOPERS LLP'S NOTICE OF
MOTION *IN LIMINE* #2 TO (1) PRECLUDE PLAINTIFF FROM PLAYING VIDEO
TESTIMONY FOR WITNESSES WHO WILL TESTIFY IN PERSON; AND
(2) PERMIT PWC TO CONDUCT FULL EXAMINATIONS OF WITNESSES WHO
<u>TESTIFY DURING PLAINTIFF'S CASE-IN-CHIEF</u>**

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant PricewaterhouseCoopers LLP ("PwC"), by and through its attorneys, will move this Court *in limine* before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an Order (1) precluding Plaintiff, MF Global Holdings Ltd., as Plan Administrator, from presenting to the jury (other than for impeachment purposes) deposition testimony of witnesses who will appear live at trial; and (2) permitting PwC to conduct full examinations of any witnesses who testify during Plaintiff's case-in-chief.

Dated: January 20, 2017
New York, New York

    KING & SPALDING LLP

    By: /s/ James P. Cusick
    James P. Cusick
    James J. Capra, Jr.
    David M. Fine
    Meredith Moss
    J. Emmett Murphy
    1185 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 556-2100
    *Attorneys for Defendant*
    *PricewaterhouseCoopers LLP*