UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MF GLOBAL HOLDINGS LTD., AS PLAN ADMINISTRATOR,<br><br>Plaintiff,<br><br>-against-<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Case No. 14-cv-2197 (VM) |

**PRICEWATERHOUSECOOPERS LLP'S NOTICE OF
MOTION *IN LIMINE* #5 TO EXCLUDE CERTAIN TESTIMONY OF
PAUL MICHAUD, DAVID MORDECAI, AND CHRISTINE PALLONE**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant PricewaterhouseCoopers LLP ("PwC"), by and through its attorneys, will move this Court *in limine* before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an Order, pursuant to Federal Rule of Evidence 702: (1) barring Plaintiff's experts Paul Michaud and David Mordecai from testifying about the "reasonable foreseeability" to PwC of various risks to MF Global's business; (2) barring Michaud and Mordecai from speculating about the states of mind of MF Global, ratings agencies, and regulators, and what those entities would have done under hypothetical circumstances; (3) barring Michaud and Mordecai from giving duplicative testimony; and (4) barring Plaintiff's expert Christine Pallone from testifying that PwC should have been aware of the possibility of what she calls "pre-sales" of European bonds.

Dated:   January 20, 2017
         New York, New York

    KING & SPALDING LLP

    By: /s/ James P. Cusick
    James P. Cusick
    James J. Capra, Jr.
    David M. Fine
    Meredith Moss
    J. Emmett Murphy
    1185 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 556-2100
    *Attorneys for Defendant*
    *PricewaterhouseCoopers LLP*