UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MF GLOBAL HOLDINGS LTD., AS PLAN ADMINISTRATOR,<br><br>                                    Plaintiff,<br><br>-against-<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>                                    Defendant. | Case No. 14-cv-2197 (VM) |

**PRICEWATERHOUSECOOPERS LLP'S NOTICE OF
MOTION *IN LIMINE* #12 TO EXCLUDE EVIDENCE OR ARGUMENT
<u>CONCERNING PRIOR SETTLEMENTS</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant PricewaterhouseCoopers LLP ("PwC"), by and through its attorneys, will move this Court *in limine* before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an Order, pursuant to Federal Rules of Evidence 402, 403, and 408, barring Plaintiff from presenting to the jury any evidence or argument regarding any prior settlements entered into by PwC.

Dated:  January 20, 2017
        New York, New York

                    KING & SPALDING LLP

                    By: /s/ James P. Cusick
                    James P. Cusick
                    James J. Capra, Jr.
                    David M. Fine
                    Meredith Moss
                    J. Emmett Murphy
                    1185 Avenue of the Americas
                    New York, New York 10036
                    Tel: (212) 556-2100
                    *Attorneys for Defendant*
                    *PricewaterhouseCoopers LLP*