```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
MF GLOBAL HOLDINGS LTD., as Plan    :
Administrator,                      :
                                    :
                  Plaintiff,        :    14 Civ. 2197(VM)
                                    :
                                    :    ORDER
     - against -                    :
                                    :
PRICEWATERHOUSECOOPERS LLP,         :
                                    :
                  Defendant.        :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-17

**VICTOR MARRERO, United States District Judge.**

The trial of this matter has been scheduled to commence on February 13, 2017. However, the parties have requested a continuance. Consequently, the trial of this matter is hereby rescheduled to March 6, 2017 at 9:00 a.m.

**SO ORDERED.**

DATED:   New York, New York
         6 February 2017

_____
Victor Marrero
U.S.D.J.

*Paul A. Engelmayer, sitting in Part I*