UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MF GLOBAL HOLDINGS LTD., AS PLAN ADMINISTRATOR,

Plaintiff,

– against –

PRICEWATERHOUSECOOPERS LLP,

Defendant.

---

Case No. 14-cv-2197 (VM)(JCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/17

## ORDER AUTHORIZING ELECTRONIC DEVICES AND OTHER EQUIPMENT

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.

WHEREAS, the parties to the above-referenced action are currently scheduled to begin trial on March 6, 2017;

WHEREAS, the parties have jointly requested permission to use at trial certain electronic devices and other equipment;

IT IS HEREBY ORDERED that:

The following individuals for MF Global Holdings Ltd., as Plan Administrator may bring the General Purpose Computing Devices ("GPCDs") and Personal Electronic Devices ("PEDs") listed below into the courthouse for use in connection with trial in the action titled *MF Global Holdings Ltd., as Plan Administrator v. PricewaterhouseCoopers LLP*, from March 6, 2017 through the end of trial, estimated to be April 15, 2017:

| Individual | Device(s) | Location(s) of Use |
|---|---|---|
| Daniel J. Fetterman | 1 PED, 1 GPCD, 1 Apple Smart Watch | Counsel Table and Witness Room/Conf. Room next to 11B |
| Michael C. Harwood | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |

| | | |
|---|---|---|
| David J. Mark | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Trevor J. Welch | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Christian T. Becker | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Olga L. Fuentes Skinner | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Frank S. DiCarlo | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Ryan P. Montefusco | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Kalitamara L. Moody | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Joseph P. Hyland | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Harrison D. Krauss | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Dana Lyons Haldeman | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| John Christopher | 1 PED, 2 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Joseph W. Brown | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Edward Lee | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Laurie Ferber a/k/a Laurie F. Podolsky | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Nader Tavakoli | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Steven W. Thomas | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Stephen Sorensen | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Emily Alexander | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Mark Forrester | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Melissa Lawton | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| David Schillinger | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Nolan Shackelford | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Keith Brett | 1 PED, 3 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |

| Stacy Winant | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Mark T. Gerard | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Michael D. Cozzens | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |

The following individuals for PricewaterhouseCoopers LLP may bring the General Purpose Computing Devices ("GPCDs") and Personal Electronic Devices ("PEDs") listed below into the courthouse for use in connection with trial in the action titled *MF Global Holdings Ltd., as Plan Administrator v. PricewaterhouseCoopers LLP*, from March 6, 2017 through the end of trial, estimated to be April 15, 2017:

| Individual | Device(s) | Location(s) of Use |
| --- | --- | --- |
| James Cusick | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| James Capra | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| David Fine | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| J. Emmett Murphy | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Meredith Moss | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Paul Mezzina | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Christina Conroy | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Ashley DePalma | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Ryan Gabay | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Alicia Gilbert | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Nava Sanders | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Sara Brescia | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Mariah Young | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Eric Dunbar | 1 PED, 2 GPCD | Counsel Table and Witness |

|  |  | Room/Conf. Room next to 11B |
|---|---|---|
| Edwin Harding | 1 PED, 2 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Caroline Cheng | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Zach Stern | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Brendan Snodgrass | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Anne-Marie Vitale | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| George Gallagher | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Andrew D. Silverman | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Lee Meihls | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Kara Johnson | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Saira Hosein | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |
| Ruchika Budhraja | 1 PED, 1 GPCD | Counsel Table and Witness Room/Conf. Room next to 11B |

The individuals identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices into the Courthouse or its Environs constitutes a certification by the individual that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED.

Setup on March 2, 2017 to commence at 2:00 pm

Dated:  February 24, 2017
        New York, New York

                                            Hon. Victor Marrero
                                                 U.S.D.J.